UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA SABINA SAUCEDO,<br><br>    Plaintiff,<br><br>    v.<br><br>STARBUCKS CORPORATION,<br><br>    Defendants. | Case No. 1:24-cv-00671-JLT-CDB<br><br>ORDER ON STIPULATION STAYING ACTION PENDING COMPLETION OF ARBITRATION<br><br>(Doc. 7) |

       On May 2, 2024, Plaintiff Olga Sabina Saucedo ("Plaintiff") filed a complaint against Defendant Starbucks Corporation ("Defendant") in Kern County Superior Court. (Doc. 1). In her complaint, Plaintiff pled nine causes of action: (1) discrimination in violation of Government Code section 12940; (2) retaliation in violation of Government Code section 12940; (3) failure to prevent discrimination and retaliation in violation of Government Code section 12940(k); (4) retaliation in violation of Government Code section 12945.2; (5) failure to provide reasonable accommodations in violation of Government Code section 12940; (6) failure to engage in a good faith interactive process in violation of Government Code section 12940; (7) violation of California Pregnancy Disability Leave Law, Government Code section 12945; (8) retaliation in violation of Labor Code sections 1102.5 and 1102.6; and (9) wrongful termination in violation of the public policy of the state of California. *Id.* On June 7, 2024, Defendant removed the action

to this Court. *Id.*

Pending before the Court is the parties' stipulated request for order staying all proceedings pending their participation in and completion of arbitration. (Doc. 7).

Accordingly, in light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED:

1. This action is stayed pending the parties' completion of arbitration;
2. The parties SHALL FILE a joint notice informing the Court of the status of scheduling arbitration 30 days of the date of this order;
3. The parties SHALL FILE a joint notice informing the Court of the status of arbitration every ninety (90) days following the date of this Order until arbitration is completed;
4. Within fourteen (14) days of the completion of arbitration, the parties SHALL FILE a joint notice informing the Court that arbitration has been completed and describing the parties' intentions with respect to the disposition or continued prosecution of this case; and
5. The initial scheduling conference set for September 9, 2024 (Doc. 5), and the parties' obligation to file a joint report in advance, is VACATED, to be reset as appropriate following the Court's receipt of the parties' joint notice addressed above.

IT IS SO ORDERED.

Dated: **August 12, 2024**

_____
UNITED STATES MAGISTRATE JUDGE